**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL X 8 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

**JUDGE MORAN**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No **08 CR 535** |
| v. | ) Violations: Title 21, United States |
| | ) Code, Section 841(a)(1); Title 18, |
| LASHUN PARKER | ) United State Code, Sections |
| | ) 924(c)(1)(A) and 922(g)(1) |

**MAGISTRATE JUDGE ASHMAN**

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about April 3, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

LASHUN PARKER,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT TWO**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or around April 3, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

LASHUN PARKER,

defendant herein, knowingly possessed a firearm, namely, one Bersa .45 caliber handgun, serial number 565093, in furtherance of, and carried that firearm during and in relation to, a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about April 3, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

LASHUN PARKER,

defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Bersa .45 caliber handgun, serial number 565093, which possession was in and affecting commerce in that the firearm had previously been transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1.　　The allegations contained in Counts Two and Three of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.　　As a result of his violations of Title 18, United States Code, Sections 924(c)(1)(A) and 922(g)(1) as alleged in the foregoing Indictment,

LASHUN PARKER,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3.　　The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) includes one Bersa .45 caliber handgun, serial number 565093;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY