Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE MORAN** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 0427 | DATE | JULY 8, 2008 |
| CASE TITLE | US v. LASHUN PARKER | **MAGISTRATE JUDGE ASHMAN** | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**GRAND JURY PROCEEDING**

**08CR 535**

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above-entitled indictment in open court this date before

Judge or Magistrate Judge

DOCKET ENTRY:

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

**FILED**
JUL - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                      UNDER SEAL)

| | | | |
|---|---|---|---|
| ☐ No notices required, advised in open court. | | | Number of notices |
| ☐ No notices required. | | | Date docketed |
| ☐ Notices mailed by judge's staff. | | | Docketing dpty. initials |
| ☐ Notified counsel by telephone. | | | |
| ☐ Docketing to mail notices | | | Date mailed notice |
| ☐ Mail AO 450 form. | | | |
| ☐ Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |