## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 535 - 1 | **DATE** | 7/10/2008 |
| **CASE TITLE** | United States of America vs. Lashun Parker | | |

**DOCKET ENTRY TEXT**

Initial hearing held. Piyusha Chandra is appointed as counsel for defendant for initial hearing only. Defendant waives formal reading of the indictment. Defendant acknowledges understanding the charges and maximum penalties. Defendant enters a plea of not guilty to each count of the indictment. Defendant's oral motion for status hearing before Judge Moran on 8/12/08 at 9:15 a.m is granted, at which time an appropriate motion schedule may be set. Bond hearing is waived without prejudice to its renewal. Defendant shall remain in custody until further order of court. Time is excluded from 7/10/08 to and including 8/12/08. X-E

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|