**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                           Case No.: 1:08−cr−00535
                                                                 Honorable James B. Moran

Lashun Parker

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable James B. Moran as to Lashun Parker:Status hearing held on 8/12/2008 and continued to 10/2/2008 at 9:15 a.m. as to Lashun Parker. Schedule set as follows: 16.1(A) to be filed by 8/18/2008. Pretrial motions to be filed by 9/2/2008. Government's answer to pretrial motions to be filed by 9/9/2008. Reply to answer to be filed by 9/16/2008. Al Baliunas granted leave to file appearance on behalf of defendant. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 8/12/2008 and ending on 10/2/2008. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.